**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

JET EDGE,

Plaintiff,

v.

EDWARD A. HAGEN, and
INTERNATIONAL WATERJET
PARTS

Defendants.

Civil No. 01-2206 (JRT/FLN)

**ORDER OF REFERENCE**

---

Thomas P. Harlan, DONOHUE, McKENNEY & HARLAN, 10 South Fifth Street, Suite 990, Minneapolis, MN 55402, for plaintiff.

James M. Lockhart and Laura L. Enga, LOMMEN, NELSON, COLE & STAGEBERG, 80 South Eighth Street, Suite 1800, Minneapolis, MN 55402, for defendant.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), **IT IS HEREBY ORDERED** that defendants' motion to dismiss or alternatively transfer of venue [Docket No. 2] and plaintiff's motion to remand [Docket No. 4] are referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: Feb 14, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED ______ 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______