UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jet Edge, a division of
TC American Monorail, Inc.,

Plaintiff,

v.

Edward A. Hagen, individually,
and doing business as International
Waterjet Parts & Services, and
International Waterjet Parts,

Defendants.

Civil 01-2206 JRT/FLN

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 27, 2002, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's motion to remand [#4] is DENIED;

2. Defendants' motion to dismiss Jet Edge's complaint pursuant to Fed.R.Civ.P. 12(b)(2) and (3) or alternatively transfer of venue to the Eastern District of Washington [#2] is GRANTED in part and DENIED in part as follows:

a. Insofar as the motion seeks to dismiss the complaint pursuant to Fed.R.Civ.P. 12(b)(2) and (3), it is DENIED;

b. Insofar as the motion seeks to transfer venue to the Eastern District of Washington it is GRANTED pursuant to 28 U.S.C. §§1402(a) and 1406(a).

JUL 1 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: July 18, 2002.

JUDGE JOHN R. TUNHEIM
United States District Court